# FINANCIAL DISCLOSURE REPORT

AO-10
rev. 1/91

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Conway, Anne C | 2. Court or Organization<br><br>U.S. District Court<br>Middle District of Florida | 3. Date of Report<br><br>7/24/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Nominee) | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date 7/24/91<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/90 thru<br>6/30/91 |
| 7. Chambers or Office Address<br><br>Suite 1600<br>255 South Orange Avenue<br>Orlando, Florida 32802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION                    NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A.: Director;

Preferred Investments [ A Partnership ]: Partner

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE                    PARTIES AND TERMS

[ ] NONE (No reportable agreements)

Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A.:

Profit sharing plan participant, will be liquidated

after current year's funding.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 | Carlton, Fields, Ward, Emmanuel,<br>Smith & Cutler, P.A. - Salary | $ 220,048. |
| 2 | Laurel Homes Incorporated - Salary | $ (S) |
| 3 | Laurel Agency Incorporated - Salary | $ (S) |
| 4 | Bovis/Brunning Homes - Covenant not to compete | $ (S) |
| 5 | Schrimsher - Oil & gas exploration working interest | $ (S) |


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Conway, Anne C | Date of Report<br>7/23/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| "EXEMPT" | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| "EXEMPT" | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Fleet Funding | Mortgage on rental property | K |
| Fleet Funding | Mortgage on rental property | K |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less ... K = $15,001 to $50,000 ... L = $50,001 to $100,000 ... M = $100,001 to $250,000<br>N = $250,001 to $500,000 ... O = $500,001 to $1,000,000 ... P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conway, Anne C | 7/23/91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| a. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Amoco Corporation Common Stock | A | Div | (J) | T | | | | | |
| 2 Walt Disney Company Common Stock | A | Div | (J) | T | | | | | |
| 3 Dow Chemical Company Common Stock | A | Div | (J) | T | | | | | |
| 4 Fluor Corporation Common Stock | A | Div | (J) | T | | | | | |
| 5 Marion Merrell Common Stock | A | Div | (J) | T | | | | | |
| 6 Pepsico, Incorporated Common Stock | A | Div | (J) | T | | | | | |
| 7 Pfizer Incorporated Common Stock | A | Div | (J) | T | | | | | |
| 8 Tyco Laboratories Inc. Common Stock | A | Div | (J) | T | | | | | |
| 9 Waste Management Inc. Common Stock | A | Div | (J) | T | | | | | |
| 10 Carlton, Fields, et al., P.A. Common Stock | A | Div | (K) | U | | | | | |
| 11 Ltd Partner, Robinson Properties, Ltd. | A | Rent | (J) | U | | | | | |
| 12 Partner, Preferred Investments, a partnership | A | Div | (J) | U | | | | | |
| 13 IRA - Merrill Lynch Growth Fund | A | Div | (K) | T | | | | | |
| 14 Merrill Lynch CMA Fund | A | Div | (J) | T | | | | | |
| 15 Duplex Residence, Rental Property, Orlando, Florida | D | Rent | (L) | R | | | | | |
| 16 Single Family Residence, Rental Prop., Naples, FL | D | Rent | (M) | R | | | | | |
| 17 Carlton, Fields, et al., P.A., Profit-Sharing Tr. | D | Div | (L) | T | | | | | |
| 18 First Union Natl Bank Checking Account | A | Int | (J) | T | | | | | |
| 19 Sun Bank Certificate of Deposit | B | Int | (K) | T | | | | | |
| 20 Continued on attachment #1 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less B=$1,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less K=$15,001 to $50,000 | B=$250,001 to $500,000 | L=$50,001 to $100,000 M=$100,001 to $250,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | O=$500,001 to $1,000,000 R=Cost (real estate only) V=Other | P=More than $1,000,000 S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Conway, Anne C | Date of Report<br><br>7/23/91 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

"NONE"

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date  July 24, 1991

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
   United States Courts
Washington, DC  20544

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Conway, Anne C | Date of Report<br>7/23/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 | (S) First Union Corp Common Stock | B | Div | (K) | T | | | | | | |
| 2 | (S) Hubbell Incorporated Class B Common Stock | B | Div | (K) | T | | | | | | |
| 3 | (S) VF Corporation Common Stock | A | Div | (J) | T | | | | | | |
| 4 | (S) Laurel Homes Inc Common Stock | G | Div | (P) | U | | | | | | |
| 5 | (S) Arbor Properties Inc Common Stock | G | Div | (O) | U | | | | | | |
| 6 | (S) Customer Service Inc Common Stock | A | Div | (M) | U | | | | | | |
| 7 | (S) Laurel Agency Inc Common Stock | A | Div | (K) | U | | | | | | |
| 8 | (S) Lake Mary Development Corporation Common Stock | A | Div | (J) | W | | | | | | |
| 9 | (S) Metretek Incorporated Common & Preferred Stock | A | Div | (J) | W | | | | | | |
| 10 | (S) Johnson, Motsinger, Trismen & Sharp-Partner | A | Div | (J) | W | | | | | | |
| 11 | (S) Laurel Builders, Inc Common Stock | C | Div | (O) | U | | | | | | |
| 12 | (S) Ohio Resources, Ltd. Limited Partner | A | Div | (J) | U | | | | | | |
| 13 | (S) Ohio Resour II, Ltd. Limited Partner | A | Div | (J) | U | | | | | | |
| 14 | (S) Ohio Resources 1980-1, Ltd., Limited Partner | A | Div | (J) | U | | | | | | |
| 15 | (S) Romex Resources, Ltd. Limited Partner | A | Div | (J) | U | | | | | | |
| 16 | (S) Amex Resources, Ltd. Limited Partner | A | Div | (J) | U | | | | | | |
| 17 | (S) Schrimsher Exploration Ltd., Limited Partner | A | Div | (J) | U | | | | | | |
| 18 | (S) Schrimsher ResourcesIII Limited Partner | A | Div | (J) | U | | | | | | |
| 19 | (S) Schrimsher Resources VII, Ltd., Limited Partner | A | Div | (J) | U | | | | | | |
| 20 | Continued | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 7/23/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 (S) One-Third Interest in Real Estate, Clarcona, FL | A | None | (K) | R | | | | | |
| 2 (S) Highlands Vista, General Partner | A | None | (K) | U | | | | | |
| 3 (S) Duplex Rental Property, Orlando, FL | D | Rent | (L) | R | | | | | |
| 4 (S) Robinson Property, Ltd General Partner | A | Rent | (J) | U | | | | | |
| 5 (S) Robinson Property, Ltd Limited Partner | A | Rent | (J) | U | | | | | |
| 6 (S) St. Johns River Trust General Partner | C | Div | (J) | U | | | | | |
| 7 (S) Merrill Lynch IRA | B | Div | (K) | T | | | | | |
| 8 (S) Orange County Tax Certificates | A | Int | (J) | T | | | | | |
| 9 (S) First Union Natl Bank Checking Account | B | Int | (K) | T | | | | | |
| 10 (S) Merrill Lynch CMA Account | E | Div | (K) | T | | | | | |
| 11 (S) P.G. Thomson Trust, Beneficial int see attch 2 | E | Div | (N) | T | | | | | |
| 12 (DC) Robinson Properties, Ltd., Limited Partner | A | Rent | (J) | U | | | | | |
| 13 (DC) Robinson Properties, Ltd., Limited Partner | A | Rent | (J) | U | | | | | |
| 14 (DC) Diversified Software System, Incorporated | A | Div | (J) | T | | | | | |
| 15 (DC) Diversified Software System, Incorporated | A | Div | (J) | T | | | | | |
| 16 --END-- | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>B=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | N=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google